**UNITED STATES of America,** **Plaintiff–Appellee,**

v.

**Joshua Emil RUNION, Defendant–** **Appellant.**

**No. 13–30324.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2015.[*]

Filed Feb. 26, 2015.

Bryan R. Whittaker, Assistant U.S., Zeno Benjamin Baucus, Office of the U.S. Attorney, Helena, MT, Leif Johnson, Assistant U.S., Office of the U.S. Attorney, Billings, MT, Timothy John Racicot, Assistant U.S., Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Jason Trinity Holden, Faure Holden Attorneys at Law, P.C., Great Falls, MT, for Defendant–Appellant.

Joshua Emil Runion, Deer Lodge, MT, pro se.

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

MEMORANDUM [**]

Joshua Emil Runion appeals from the district court's judgment and challenges his jury-trial conviction and 51–month sentence for counterfeiting obligations or securities of the United States, in violation of

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

18 U.S.C. § 471. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Runion's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Runion the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.